UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Walter Simpson

    v.                             Civil No. 13-cv-549-JD

Superintendent, Merrimack
County Department of Corrections


O R D E R

On April 10, 2014, the court completed preliminary review of Walter Simpson's pro se complaint and concluded that Simpson stated two claims under 42 U.S.C. § 1983 against Ronald R. White, Superintendent of the Merrimack County Department of Corrections, and Les Dolecal, Assistant Superintendent. The court also afforded Simpson an opportunity to amend his complaint to state a state law claim as specified in the April 10 order. Simpson did not file an amended complaint.

Therefore, the complaint (document no. 1) will be served as provided by statute and the local rules of this district. See 28 U.S.C. § 1915(d); LR 4.3(d)(1)(C). The Clerk's office shall complete and issue a summons for each defendant and to forward the summonses, along with copies of the complaint (doc. no. 1), the court's order dated April 10, 2014 (document no. 10), and this order to the U.S. Marshal's Office to complete service in accordance with this order and Federal Rule of Civil Procedure 4(c)(3), and (e), which provides for service on individuals within the federal judicial district.

The defendants are instructed to answer or otherwise plead within twenty days of service. <u>See</u> Fed. R. Civ. P. 12(a)(1)(A). The plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Federal Rule of Civil Procedure 5(b).

    SO ORDERED.

                                                                    Joseph A. DiClerico, Jr.
                                                                     United States District Judge

April 30, 2014

cc:   Walter Simpson, pro se