UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Walter Simpson

v.                                     Civil No. 13-cv-549-JD

Merrimack County Department of Corrections,
Superintendent, et al.

**J U D G M E N T**

In accordance with the Orders dated April 10 and June 25, 2014, by District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.

By the Court,

Daniel J. Lynch
Clerk of Court

Date: June 25, 2014

cc:   Walter Simpson, pro se
      John A. Curran, Esq.